On petition for review from the Court of Appeals filed January 14, 1997,* petition for review allowed, decision of Court of Appeals and order of Board of Parole and Post-Prison Supervision vacated, case remanded to Board of Parole and Post-Prison Supervision for further consideration October 22, 1998

RAUL SANCHEZ PEREZ,
*Petitioner on Review,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent on Review.*

(CA A90127; SC S43927)

965 P2d 1023

Eric M. Cumfer, Deputy Public Defender, Salem, filed the petition for petitioner on review. With him on the petition was Sally L. Avera, Public Defender.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, and Leeson Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The order of the Board of Parole and Post-Prison Supervision is vacated. The case is remanded to the Board of Parole and Post-Prison Supervision for further consideration in light of *Noble v. Board of Parole*, 327 Or 485, 964 P2d 990 (1998).

---

\* Judicial review from Board of Parole and Post-Prison Supervision, 145 Or App 252, 927 P2d 1121 (1996).

\*\* Kulongoski, J., did not participate in the consideration or decision of this case.